3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY, | No. CV 11-4932 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARISSA SANCHEZ, THERESE VARNEY, LORI BARLO, MARY MURTAGH, and DOE (HACN) SUPERVISOR, | |
| Defendants. / | |

The Court has dismissed plaintiff's First Amended Complaint without leave to amend. Judgment shall be entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2012

SUSAN ILLSTON
United States District Judge